Original

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT
# OF WEST VIRGINIA

Susan Maude Buchser
AKA Susan BUCHSER-LOCHOCKI for Congress
156 Canyon Village
Morgantown, WV 26508

\*

FILED

OCT 28 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

\*

(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.   \*

Civil No.: 1:22cv110 TSK/MJA
(Leave blank. To be filled in by Court.)

West Virginia Secretary of State Mac Warner
and the ELECTION DIVISION
1900 Kanawha Blvd E,
Charleston, WV 25305

\*

\*

(Full name and address of the defendant(s))
**Defendant(s)**   \*
\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☒ Other (explain) __Fraud__

2. The facts of this case are:

I am writing to you today as a CONCERNED CITIZEN here in West Virginia and as a CANDIDATE running for U.S. House of Representatives representing the PEOPLE here in West Virginia in our newly formed 2nd CONGRESSIONAL District.

It's time to STOP/POSTPONE the VOTE, we can't keep voting in a system that is broken. I believe that just because everyone is doing it doesn't make it right. I need your help, I don't know where else to go or WHAT I'm supposed to do.

There's definitely VOTER FRAUD and illegal procedures in our voting system causing it to be UNCONSTITUTIONAL!

1) Our U.S CONSTITUTION says NOTHING should come between us and our ability to VOTE. That means FORCING US CITIZENS to "register to vote" to have our vote counted, is an obstacle and it comes between me and my vote, its UNCONSTITUTIONAL!

2) If you vote the CORRECT WAY, which is by PROVISIONAL VOTE, it might not be counted I was told by the Secretary of State's Election DIVISION Office, every VOTE should be counted if it's given in by an ADULT US CITIZEN with proof of who they are on or before ELECTION day. That's UNCONSTITUTIONAL!

3) ELECTRONIC MACHINES get hacked spammed and illegal software hidden inside that is undetectable, all the time...THESE ARE ALL REASONS to declare ANY ELECTION that's done/ counted through a machine, to be INVALID and UNCONSTITUTIONAL. To MAKE US VOTE THROUGH MACHINES is again, an obstacle between me and getting my vote counted. We need to go back to paper and pen.

4) the DMV(police/courts) has access to our voting information and our POLITICAL PARTY information, that's UNCONSTITUTIONAL. We have a RIGHT to PRIVACY. There's no need for the DMV(police/courts) to know that.

5) When you get your DRIVING LICENSE they ask you if you want to "register to vote". And then apparently there's a GOVERNMENT FUND where MONEY is sent TOO? Sounds like a VOTING TAX to me or some kind of payment? It sounds also UNCONSTITUTIONAL. And then sadly you don't get "registered" anyway, you have to eventually call the election division ...so it's a fake activity that our DMV is doing it here in West Virginia.   ...Continue next page.

6) the PRESSURES of going in and deciding and voting all at the same time is a lot. Its VOTER INTIMIDATION! UNCONSTITUTIONAL! People should have time to fill out their BALLOTS in the quiet of their home. A information package should be sent out one month before an election, WITH THE BALLOTS TOO, the people can then use that month to understand what their voting on.

7) KNOWING WHAT'S BEING VOTED ON is difficult, especially if you don't have Wi-Fi, computer or a mobile phone. That's AN OBSTACLE to VOTING, it needs to STOP. UNCONSTITUTIONAL! We need information packages SENT to each PERMANENT "Main" ADDRESSES for every US CITIZEN that is an ADULT, living in West Virginia, if you the government want people VOTING, WE NEED TO BE EDUCATED on what WE're VOTING ABOUT, you have to let us know. Currently you don't. You need to send out information on all the AMENDMENTS being proposed. The current system is UNCONSTITUTIONAL.

8) Names and addresses in the system with MINOR MISTAKES MISSPELLINGS where strangers can then take over the name misspelling and declare they are that person and VOTE FOR THEM. FRAUD.

9) People VOTING in EARLY VOTING for someone else and then THE COMPUTER later, when THE REAL PERSON goes to VOTE realizes that someone has ALREADY VOTED in that name so then your actual vote does not get counted.
FRAUD.

STOP THE VOTE/its FRAUDULENT AND UNCONSTITUTIONAL!

3. The relief I want the court to order is:

☐ Damages in the amount of: _____

☒ An injunction ordering: _____
REORGANIZING of the VOTING PROCESS/SYSTEM not only in West Virginia but throughout the USA to make it CONSTITUTIONAL, again.

☒ Other (explain) _See pages attached 4A. 4B. 4C._

October 27th, 2022
_____
(Date)

_____
(Signature)

Susan Maude Buchser, aka Susan
BUCHSER-LOCHOCKI for CONGRESS
156 Canyon Village
Morgantown, WV 26508

928-380-6265

_____
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

ADDITIONAL RELIEF I want the court to order is:

Hold a LEGITIMATE ELECTION that is CONSTITUTIONAL. DIRECT VOTING for ALL ADULT U.S. CITIZENS with no MIDDLEMAN, no FRAUD. I WANT TO HEAD UP THE TEAM, with THE SECRETARY OF STATE to RE ORGANIZE and IMPLEMENT a NEW WAY TO VOTE, CORRUPTION FREE. Something like this...see below. and THEN RE- START the VOTE DATES TO BE DETERMINED.

1.) Within 6 months from now there will be a NEW ELECTION DATE to be determined.

2.) All COUNTIES will need to determine who is an ADULT US CITIZEN living in their County and what is their 1 MAIN RESIDENTIAL ADDRESS in the United States.

3.) 2 months BEFORE the last day to vote in an up coming election. Make a LIST of ALL CANDIDATES running for office in their counties. if the candidates want they can send in one piece of paper about their campaign their issues and ideas. Not bigger than a 8 and 1/2 by 11 piece of paper maximum postcard thickness and send enough to send out to all legal voters in the county.

4.) The STATE, COUNTIES & PUBLIC WORKS need to also send in their Flyers about issues VOTERS are VOTEING ON; EXAMPLE regarding AMENDMENTS to CONSTITUTIONS or BALANCING of BUDGETS or SPENDING MONEY , etc.

5.) An information booklet on HOW to VOTE also needs to be included details to be determined.

6.) No computers will be involved just paper and pen. The BALLOT PAPER should be a special paper so that it is not confused with copy paper.

7.) The NAME of the ACTUAL LEGAL VOTER and their ADDRESS should be PRINTED on their OFFICIAL BALLOT, there will only be 1 printed and the VOTER should be made aware that it is an OFFICIAL GOVERNMENT DOCUMENT and they should take care to print clearly and use it wisely.

8.) Once everything is together, BALLOT, lists of CANDIDATES, VOUCHERS and VOTING INSTRUCTIONS and anything else that the voter might need, roughly 1 month and 2 weeks before the OFFICIAL LAST DAY TO VOTE everything needs to be put into an ENVELOPE for the VOTER.

9.) 1 month and 1 week before the OFFICIAL LAST DAY TO VOTE, every voter should BE SERVED the VOTING PACKET/ENVELOPE. Delivered to their main address on record, I suggest VIA the NATIONAL GUARD.

10.) The VOTER then has 1 month to VOTE. At some point during that month they SHOULD RETURN their BALLOT to be counted, it should be filled out BEFORE they get to the COUNTY COURTHOUSE with their votes on it. The COUNTY COURTHOUSE will have a BALLOT BOX set up and that is where EVERY LEGAL VOTE WILL BE PLACED. Late votes will not be counted.

11.) All LEGAL VOTERS will get a VOUCHER for a FREE ROUND TRIP RIDE to the COUNTY COURTHOUSE. On which PUBLIC TRANSPIRATION will be determined by the COUNTY and TOWN officials.

12.) PICTURE ID's and ADDRESS PROOF will be required to be able to place YOUR VOTE into THE BALLOT BOX. Details TO BE DETERMINED.

13.) THE DAY AFTER, THE LAST DAY TO VOTE, the MANUAL COUNT of VOTES will take place at the COUNTY COURTHOUSE.

14.) Then the COUNTIES will report the results to the SECRETARY of STATE and then the SECRETARY of STATE will release the FINAL VOTING/ELECTION RESULTS to the PUBLIC after ALL COUNTIES have reported in their results.

OTHER ACTIONS

WE need to get rid of the voting machines and voting computers.

We need to get the DMV out of our VOTING PROCESS. RIGHT TO PRIVACY.

Get clarity on the payment being made TO THE ELECTION DIVISION...is that CONSTITUTIONAL?

WE need to remove the POLICAL PARTIES from our GOVERNMENT.

No more GOVERNMENT involvement in POLITICAL PRIMARIES. The parties are in charge of themselves they hold their OWN PRIMARIES.

End of relief requests at this time...