IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SUSAN MAUDE BUCHSER, aka
SUSAN BUCHSER-LOCHOCKI FOR CONGRESS,

      Plaintiff,

   v.                                 CIVIL ACTION NO. 1:22-CV-110
                                               (KLEEH)

MAC WARNER, West Virginia
Secretary of State, and
ELECTION DIVISION,

      Defendants.

## ORDER OF REFERRAL

Pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B), and L.R. Civ. P. 7.02(c) and 72.01, the Court **REFERS** this matter to the Honorable Michael J. Aloi, United States Magistrate Judge, to conduct a scheduling conference and issue a scheduling order, for written orders or reports and recommendations, as the case may be, regarding any motions filed, and to dispose of any other matters that may arise.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order of Referral to counsel of record; to the pro se Plaintiff via certified mail, return receipt requested; and to the Honorable Michael J. Aloi, United States Magistrate Judge.

**DATED**: October 28, 2022

/s/ Tom S. Kleeh
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA