IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**SUSAN MAUDE BUCHSER,**

    **Plaintiff,**

v.                                                                                         Civil Action No. 1:22-CV-110
                                                                                           (JUDGE KLEEH)

**MAC WARNER, West Virginia
Secretary of State, and
ELECTION DIVISION,**

    **Defendants.**

### FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING

The Court issues the following Notice Regarding Discovery and Scheduling. Pursuant to Fed.R.Civ.P. 16(b) and 26(f) and Local Rules of Civil Procedure ("LR") 16.01 and 26.01, the Court **SCHEDULES** the case as follows:

| | |
|---|---|
| **INITIAL PLANNING MEETING:** | **December 14, 2022** |
| **REPORT FILING DATE:** | **December 28, 2022** |
| **SCHEDULING CONFERENCE DATE:** | **January 11, 2023** |
| **SCHEDULING CONFERENCE TIME:** | **3:30 P.M.** |
| **INITIAL DISCOVERY DISCLOSURES DUE DATE:** | **January 18, 2023** |

1. **INITIAL PLANNING MEETING**: Pursuant to Fed.R.Civ.P. 16 and 26(f) and LR 16.01(b), parties to this action shall meet in person or by telephone on or before **December 14, 2022**. At this meeting, they shall discuss all matters required by Fed.R.Civ.P. 16 and 26(f) and LR 16.01(b). The parties shall also consider the benefits of early mediation and advise in their report whether they wish the Court to schedule the matter for early mediation.

2. **MEETING REPORT AND PROPOSED DISCOVERY PLAN**: Pursuant to Fed.R.Civ.P. 26(f) and LR 16.01(c), the parties shall submit a written report on the results of the initial discovery meeting on or before **December 28, 2022**. This report shall include the parties' report on those matters set forth in LR 16.01(b) and (c) and the parties' discovery plan as required by Fed.R.Civ.P. 26(f). The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in LR 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

3. **SCHEDULING CONFERENCE/SCHEDULING ORDER**: Upon receipt of the meeting report and proposed discovery plan, the undersigned Magistrate Judge **WILL CONDUCT** a video/telephone scheduling conference using the Court's Zoom videoconference/teleconference credentials. The scheduling conference is hereby scheduled for **January 11, 2023**, at **3:30 P.M.**, in the Magistrate Judge Courtroom, Third Floor of the United States District Court, in Clarksburg, West Virginia. *See* Fed.R.Civ.P. 16(b) and LR 16.01(d). (Please note that the Court conducts scheduling conferences in all cases.)

To join the proceeding using the Court's Zoom credentials, participants may connect either by video or by telephone. Participants can connect by video via this link: https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828 7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may contact Magistrate Judge Aloi's Law Clerk, Nathan J. Fetty, by calling (304) 637-2239 or sending e-mail to nathan_fetty@wvnd.uscourts.gov.

The Court notifies the parties that any pending motions in the case that are fully briefed **WILL BE ADDRESSED** at the scheduling conference.

4. **INITIAL DISCOVERY DISCLOSURES**: Pursuant to LR 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed.R.Civ.P. 26(a)(1) on or before **January 18, 2023**.

The Clerk of the Court is directed to provide a copy of this Order, the Guidelines for Completing the Scheduling Order Checklist, and the Scheduling Order Checklist to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: November 17, 2022.**

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE