**MOTION TO AMEND** cover sheet

Due to a clerical error and for better clarity I ash the court to amend my complaint

Buchser v. WV SOS Werner & WV ELECTION DIVISION

Civil Action Number. 1:22-cv-00110

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF WEST VIRGINIA

FILED
JAN 1 2 2023
DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Susan Maude Buchser
AKA Susan Buchser-Lochocko
for Congress
547 Henderson Hollow
Cove, WV 26541
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

West Virginia Secretary
of State Mac Warner
& the Election Division
1900 Kanawha Blvd E.
Charleston, WV 25305
(Full name and address of the defendant(s))
**Defendant(s)**

Amendment to

Civil No.: 1:22-cv-00110
(Leave blank. To be filled in by Court.)
(Judge Kleeh)

\*\*\*\*\*\*

**COMPLAINT**

1.  Jurisdiction in this case is based on:

    ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

    ☒ Other (explain) 42 U.S.C. Section 1983

## MOTION TO AMEND  Facts

Due to a clerical error and for better clarity I ash the court to amend my complaint

Buchser v. WV SOS Werner & WV ELECTION DIVISION

Civil Action Number. 1:22-cv-00110

During this election I was deprived of my CONSTITUTIONAL "RIGHT to VOTE."

I say this because NO ONE can vote in this state without "REGISTERING TO VOTE" even with the "PROVISIONAL" VOTING way of voting, it eventually leads to you being REGISTERED TO VOTE.

This DEPRIVATION does not only affect me but it affects EVERY WEST VIRGINIA LEGAL VOTER. In fact it affects most of The rest of the United States as well, but right now we're dealing with West Virginia and LEGAL VOTERS in West Virginia.

I am OUTRAGED I tried many times during the election year, (once I discovered this FLAW in our system) to let the Secretary of State Mac Warner and the Governor Jim Justice of our state know that this was UNCONSTITUTIONAL. Instead of replying to my emails and my posts and my comments on Facebook and Twitter, they ignored me.

That left me no choice I was running for CONGRESS, I could have gone out CAMPAIGNING, but I REFUSED TO GO THROUGH ANOTHER ELECTION, WHEN I KNEW IT WAS UNCONSTITUTIONAL AND FULL.OF FRAUD.

I called around and got EXPERT OPINION and decided I was correct in my belief, THAT TO FORCE UNITED STATES CITIZENS TO REGISTER TO VOTE goes against the 14th Amendment to the U.S. CONSTITUTION.

(EXCERPT) That AMENDMENT CLEARLY STATES, NO STATE can make or enforce any law which shall abridge the privilege of any citizens of the United States.

BELOW IS THE EXACT WORDING...

(ALL PERSONS BORN OR NATURALIZED in the United states, and subject to the jurisdiction thereof, ARE CITIZENS OF THE UNITED STATES and of the state wherein they reside. NO STATE SHALL MAKE OR ENFORCE ANY LAW which shall ABRIDGE THE PRIVILEGES or immunities OF CITIZENS OF THE UNITED STATES; nor shall ANY STATE DEPRIVE ANY PERSON OF life, LIBERTY, or property, WITHOUT DUE PROCESS OF THE LAW; nor deny to any person within its jurisdiction the equal protection of the laws. This is SECTION 1, FROM THE US CONSTITUTION, AMENDMENT 14, passed by Congress on June 13th 1866 ratified July 9th 1868)

"REDGISTERING TO VOTE" needs to STOP. See below for how flawed it can be.

"REGISTERING to VOTE" is riddled with FRAUD not only in our state but all over the country. There are many lawsuits out about the FRAUD and in fact our own Secretary of State is or was touting last year during the election that he and his team found 380,000 illegal names on the rolls that would be a 1/4 of the vote was bloated. INFORMATION from an Online video from August 19, 2022.

He CLAIMS that ELECTION SECURITY is/was his NUMBER 1 PRIORITY since he was elected in 2016. But when I sent him and the GOVERNOR emails.. and posts and comments, I got no response...

This forced me to TAKE TO YOU, THE COURTS and file the COMPLAINT I filed on October 28th 2022.

I then WAITED for him to STAND UP and say, SHE Is RIGHT, "REGISTERING TO VOTE is UNCONSTITUTIONAL and the system is full of FRAUD" and then change the FLAWED SYSTEM, but he did not do that.

This is now MY AMENDMENT to my original complaint.

As SECRETARY OF STATE he could have changed everything at that moment but he did not. HE let the election go on HE let the ELECTION RESULTS be EVEN CERTIFIED and this is where we are.

It seems sadly, that HE Our West Virginia Secretary of State, might be on the corruption side of this issue.

I had wanted to work with him in reorganizing the voting system in West Virginia and potentially all over the country but sadly I don't know if that will be possible now. I don't think HE REALLY HAS ELECTION SECURITY as his number 1 priority.

In fact the above mentioned video I had posted on some of my Facebook pages and it is now removed because he removed it from his pages. I don't know what he's hiding.

He says he's been working as Secretary of State since 2016 and it's now 2023. He had plenty of time to change and update the system and then he had me also explaining the fact that it's UNCONSTITUTIONAL and he did not change the system, so sadly I don't think he will be part of the solution.

The irregularities in redgistering to vote play a big role in the fraud as well as using the US POSTAL SYSTEM.

**MOTION TO AMEND** relief

Due to a clerical error and for better clarity I ash the court to amend my complaint

Buchser v. WV SOS Werner & WV ELECTION DIVISION

Civil Action Number. 1:22-cv-00110

I respectfully ask the court for this relief:

That any fees or cost that I incur in placing this CIVIL ACTION COMPLAINT be RE PAID to me at the end of the process.

That a PERMINATE INJUNCTION to remove the MANDATORY ACT of "REDGISTERING to VOTE" from the laws surrounding our West Virginia ELECTION PROCESS to take place immediately.

That West Virginia declare a "State of Emergency" ALL ELECTION RESULTS be declared, NULL and VOID, UNTIL a NEW CONSTITUTIONAL VOTE/ELECTION will take place in the near future.

Everyone who is essential to day to day runing of the state will need to continue to work all others will need to leave their positions effective immediately.

We need to call in the National Guard to enter all OFFICIAL WEST VIRGINIA GOVERNMENT FACILITIES. SECURE THEM and you will need to REMOVE ALL ELECTED OFFICIALS FROM THEIR OFFICES and get them out of the buildings. THEN I NEED TO MEET the HEAD of the NATIONAL GUARD here in WEST VIRGINIA. WE WILL get started on REORGANIZING a VOTE because we can't have a state without people in positions making decisions on a daily basis.

NO ONE who was ELECTED TO OFFICE has a CONSTITUTIONAL RIGHT to their POSITIONS.

AS an EXPERT ON HOW TO VOTE/HOLD AN ELECTION WITHOUT CORRUPTION, having been a VOTING CITIZEN in Switzerland for the past 15 years, there are SOLUTIONS OUT THERE for the SITUATION I need to HEAD UP a TEAM and we need to get on this right away.

We have no time to waste!

WE have a lot of ILLEGAL PEOPLE IN OFFICE who were put into office ILLEGALLY by the CORRUPTION and FRAUD in the system of REGISTERING TO VOTE.

3|4

Thank you for your consideration of this amended complaint...

Respectfully,

Susan Maude Buehser
A mother for our country

SUSAN4WV@GMAIL.COM
WWW.SUSAN4USA.COM

Core WV   1/12/2023

4|4

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __WV northern District court__
was received by me on *(date)* __1/12/2023__ . __For Hon. Judge Mech__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __1/12/2023__

_____
*Server's signature*

__Susan Maude Buchser__
*Printed name and title*

__457 Henderson Hollow Cove, WV 26541__
*Server's address*

Additional information regarding attempted service, etc: