IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**FILED**

**SUSAN MAUDE BUCHSER,**

Plaintiff,

v.

**MAC WARNER, West Virginia Secretary of State, and ELECTION DIVISION,**

Defendants.

JAN 17 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Civil Action No. 1:22-CV-110
(JUDGE KLEEH)

**OPPOSITION TO MOTION TO DISMISS**

I, SUSAN MAUDE BUCHSER, the pro se plaintiff in this case OPPOSES the MOTION to DISMISS which was filed by the WEST VIRGINIA Secretary of State Mac Warner and the ELECTION DIVISION, the defendant in this case.

My OPPOSITION is based upon and supported by the following MEMORANDUM of POINTS and papers on file with the court.

Therefore I hereby respectfully request that the court GRANT my OPPOSITION to the MOTION to DISMISS, it is no longer valid and DENY it.

Thank you for your consideration on this matter.

Respectfully submitted,

*[signature]*
Susan Maude Buchser
a Mother for our country

Cove, WV Jan 17, 2023

SUSAN4WV@GMAIL.COM
SUSAN4USA.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

SUSAN MAUDE BUCHSER,

    Plaintiff,

v.                                                Civil Action No. 1:22-CV-110
                                                (JUDGE KLEEH)

MAC WARNER, West Virginia
Secretary of State, and
ELECTION DIVISION,

    Defendants.

## MEMORANDUM of POINTS for my OPPOSITION to the MOTION to DISMISS DOCUMENT 11

The facts in this case are as follows:

Due to CLERICAL ERRORS I could not reply sooner to the DEFENDANTS MAC WARNER, WEST VIRGINIA SECRETARY of STATE and the ELECTION DIVISION'S, MOTION to DISMISS(DOCUMENT 11) Please see the MEMORANDUM about CLERICAL ERROR from January 9, 2023 and also see the MOTION to AMEND my ORIGINAL COMPLAINT from January 12, 2023. DETAILS about CLERICAL ERRORS in CODES and in MAILING and MAILING PROCEDURES.

The MOTION to DISMISS was based on Federal rule of civil procedure 12 ( 6 for failure to state a claim upon which relief can be granted. I do believe I have fulfilled the requirement if it was not already fulfilled in the previous complaint please see the MOTION to AMEND COMPLAINT from January 12, 2023.

For the reason stated above, I the pro se PLAINTIFF, SUSAN MAUDE BUCHSER, respectfully ask the court to DENY the DEFENDANT'S, MOTION to DISMISS (Document 11) that is pending and we proceed with judgment based on my RELIEF REQUEST in the MOTION to AMEND from January 12, 2023. Time is of the essence here.. WE need to move forward as soon as possible.

Thank you for your consideration of these matters.

Respectfully submitted,

*[signature]*        Cove, WV    Jan 17, 2023

Susan Maude Buchser
a Mother for our country

SUSAN4WV@GMAIL.COM
SUSAN4USA.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mac Warner, Sec. of State WV, & Election division
was received by me on *(date)* Jan. 17 2023.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Mac Warner
WV Sec. of State & Election Div.  on *(date)* Jan. 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ None for travel and $ None for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Jan 17, 2023

_____
Server's signature

Susan Maude Buckson
Printed name and title

547 Henderson Hollow
Cove, WV 26521
Server's address

Additional information regarding attempted service, etc: