IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

FILED
JAN 1 8 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**SUSAN MAUDE BUCHSER**

Plaintiff,

vs.   Civil Case No.   1:22CV110

**MAC WARNER AND ELECTION DIVISION**

Defendants.

---

**MEMORANDUM of POST OFFICE ERROR and/or ILLEGAL ACTIVITIES.**

To all associated with this Civil Action case including Hon. Thomas S. Kleeh, Chief U.S District Judge.

I, Susan Maude Buchser, the pro se plaintiff, according to ECF no. 15 it states that I was officially served the ROSEBORO NOTICE from the United States Postal Service on November 25th, 2022 at 3:42 p.m. this could not possibly have happened because I was in Switzerland.

I'm sorry to report but apparently the MAIDSVILLE POST OFFICE here in West Virginia with zip code 26541, seems to set their own rules and declared that they will hand out letters to people who come in with a little orange slip, the one that states that they tried to deliver a signature document but was unable to deliver it. And then they will not only give the envelope to whoever shows up with that slip of paper, but they don't ask for ID and all you have to do is sign and write an address on there.

I went to a different POST OFFICE here in Morgantown and found out that this is NOT OFFICAL POST OFFICE POLICY, and that it is ILLEGAL to do that.. At the MORGANTOWN POST OFFICE to get a CERTIFIED ENVELOPE you MUST SHOW an ID... I am planning on writing up my POST OFFICE here for ILLEGAL BEHAVIOR.

I was not served the above mentioned ROSEBORO NOTICE until I returned at the end of December.

DUE TO all the Errors and ILLEGAL BEHAVIOR we can only assume that any and all MAILINGS be somehow double checked in the future for this CASE and other Pro Se court cases.

I have other issues with the POST OFFICE too, but since time is of the essence here, I'm not going to report them here to you unless it becomes an issue.

Please add this to the docket.

Respectfully submitted,

*[signature]*

Susan Maude Buchser,
A MOTHER for OUR COUNTRY ♥
susan4wv@gmail.com   WWW.SUSAN4USA.COM