IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**FILED**

JAN 1 8 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG. WV  26301

**SUSAN MAUDE BUCHSER**

Plaintiff,

vs.                                          Civil Case No.        1:22CV110

**MAC WARNER AND ELECTION DIVISION**

Defendants.

---

**OPPOSITION TO, REPORT(ECF NO.15) and RECOMMENDATION, RECOMMENDING THAT : MOTION TO DISMISS ( ECF NO. 11) BE GRANTED.**

I, SUSAN MAUDE BUCHSER, the pro se plaintiff in this case OPPOSES the REPORT and RECOMMENDATION,

RECOMMENDING that the MOTION to DISMISS which was filed by the WEST VIRGINIA Secretary of State Mac Warner

and the ELECTION DIVISION, the defendant in this case, be Granted. Now we are talking about (DOCUMENT 15) I

believe from Hon. MAGISTRATE JUDGE ALOI

My OPPOSITION is based upon and supported by the following MEMORANDUM of POINTS and papers

on file with the court.

Therefore I hereby respectfully request that the court GRANT my OPPOSITION to DOCUMENT 15(**ECF NO.15**)

from Hon. MAGISTRATE JUDGE ALOI, it is no longer VALID and DENY it.

I, Susan Maude Buchser, the pro se plaintiff respectfully requests a NEW/UPDATED REVIEW and

RECOMMENDATION, from MAGISTRATE Judge Aloi, or a JUDGEMENT, DIRECTLY, to SPEED UP THE PROCESS from the

Hon. CHIEF U.S. District JUDGE Kleeh,  please see the NEWLY AMENDED COMPLAINT RELIEF, because time is of

the essence, our country is under the control of UNCONSTITUTIONALLY ELECTED LEADERS.

Thank you for your consideration on this matter.

Respectfully submitted,

Susan Maude Buchser
a Mother for our country

SUSAN4WV@GMAIL.COM
SUSAN4USA.com