IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**FILED**

JAN 2 0 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**SUSAN MAUDE BUCHSER**

Plaintiff,

vs.   Civil Case No.   1:22CV110

**MAC WARNER AND ELECTION DIVISION**

Defendants.

**Motion for Summary Judgement**

To all associated with this Civil Action case including Hon. Thomas S. Kleeh, Chief US District Judge.

I, Susan Maude Buchser, the pro se plaintiff, according to Federal Rule of Civil Procedure 56 this case should move forward for JUDGMENT, so now I file this Motion for Summary Judgement

Based on, the MEMORANDUM of POINTS acompanying this MOTION filed by, Susan Maude Buchser, pro se plaintiff, and the ALL documents previously filed in this Civil Action.

The EVIDENCE IS CLEAR there is only one choice.

Therefore I hereby respectfully request that the court GRANT the RELIEF request from the MOTION to AMEND the COMPLAINT dated from January 12th 2023.

Thank you for your consideration on this motion.

Respectfully submitted,

*[signature]*   Cove, WV   Jan 20th 2023

Susan Maude Buchser
a MOTHER for our Country!

Susan4WV@gmail.com
Susan4USA.com