IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

SUSAN MAUDE BUCHSER, also known
as Susan Buchser-Lochocki for congress,

        Plaintiff,

v.                      Civil Action No. 1:22-cv-00110

MAC WARNER, West Virginia Secretary
of State, and the ELECTION DIVISION,

        Defendants.

**MOTION TO AMEND" THE "RELIEF" PART OF the MOTION to AMEND from January 12, 2023.**

To ALL CONCERNED with this case.. ESPECIALLY Hon. District Judge Kleeh

I, the pro se plaintiff, Susan Maude Buchser respectfully ask the court for this additional relief:

It seems the last CONSTITUTIONAL election was for Jimmy Carter.

Everyone who was ELECTED or was APPOINTED BY AN ELECTED OFFICIAL or DIRECTLY or HIRED BY AN ELECTED OFFICIAL will need to leave their positions effective immediately. Details will follow about how to reapply for your appointment or job.

We need to call in the National Guard and all the United States of America ARMED FORCES to enter all OFFICIAL WEST VIRGINIA and all FEDERAL GOVERNMENT FACILITIES, SECURE THEM and THEY WILL NEED to REMOVE ALL ELECTED, APPOINTED and hired by an ELECTED OFFICIALS, FROM THEIR OFFICES and get THEM out of the buildings.

THEN I NEED TO MEET the HEAD of the NATIONAL GUARD and the heads of all ARMED FORCES of the United States of America here in WEST VIRGINIA. WE WILL get started on REORGANIZING a VOTE because we can't have a state without people in positions making decisions on a daily basis.

NO ONE who was ELECTED TO OFFICE has a CONSTITUTIONAL RIGHT to their POSITIONS and they have no right to appointing people to positions also as
Well as hiring anyone in the name of the government on federal, state or local level.

AS an EXPERT ON HOW TO VOTE/HOLD AN ELECTION WITHOUT CORRUPTION, having been a VOTING CITIZEN in Switzerland for the past 15 years, there areSOLUTIONS OUT THERE for the SITUATION I need to HEAD UP a TEAM and we need to get on this right away.

I AM ALSO standing up for ALL THE PEOPLE(CITIZENS) WEST VIRGINIA & of the USA! We deserve to VOTE CONSTITUTIONALLY.

The TEAM will be MYSELF, a PROFESSOR who is an expert at the US CONSTITUTION, the highest ranking JUSTICE in West Virginia who was not APPOINTED by an elected OFFICIAL, the head of the SOCIAL SECURITY office here in WV, HEAD OF NATIONAL GUARD, FBI AND PRESIDENT JIMMY CARTER and Fraud expert Donald J Trump

THE TEAM WILL MEET WITH IN A WEEK OF THE COURT ORDER OFFERING THIS RELIEF.

We have no time to waste,

WE have a lot of ILLEGAL PEOPLE IN OFFICE who were put into office ILLEGALLY by the CORRUPTION and FRAUD in the system of REGISTERING TO VOTE.

Thank you for your consideration of this amended complaint additional relief...

Respectfully submitted,

Susan Maude Buchser
a Mother for our country

SUSAN4WV@GMAIL.COM
SUSAN4USA.com

Core, WV 26541

Jan 31, 2023

P.S. The U.S constitution gives a description of how to start up (restart) a country. I respectfully suggest we use that document as a guideline.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WV's SoS Mac Warner & the Election Div org
was received by me on *(date)* 1/31/23 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/31/23

_____
Server's signature

Susan Bachner Mother
With proper Printed name and title pro act Canary

547 Henderson Holler
Server's address
Cova, WV 26541

Additional information regarding attempted service, etc: